UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 1:22-cr-26-CLC/CHS |
| | ) | |
| ANDREW HAYES | ) | |

## **MEMORANDUM AND ORDER**

Defendant Andrew Hayes appeared for a hearing on November 26, 2025, in accordance with Rules 5 and 32.1 of the Federal Rules of Criminal Procedure on the Petition and Order for Warrant for an Offender Under Supervision [Doc. 36] (the "Petition") in the above matter.

Defendant was placed under oath and informed of his constitutional rights. The Court determined that Defendant wished to be represented by an attorney and qualified for appointed counsel. The Court therefore appointed Clay Whittaker with Federal Defender Services to represent Defendant. The Court also determined that Defendant had been provided with and reviewed with counsel a copy of the Petition.

The Government moved that Defendant be detained without bail pending his revocation hearing before U.S. District Judge Collier. Defendant waived his right to a preliminary hearing. Defendant requested a detention hearing. By agreement of the parties, a detention hearing was set for December 4, 2025, before this Court.

Accordingly, the Court **ORDERS** that:

(1) A detention hearing be set on December 4, 2025, at 10:00 a.m. before this Court;

(2) The Government's motion that Defendant be **DETAINED WITHOUT BAIL** pending further order of this Court is **GRANTED**.

SO ORDERED.

ENTER:

s/ _____
MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE